## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,**

       **Plaintiff,**

       **v.**                               **CASE NO.  3:05cv298/RV/MD**

**JOHN DOUGLAS BARBEE and
CAROL W BARBEE,**

       **Defendant.**

_____/

## ORDER

Pending is the defendants' motion to dismiss Metropolitan Property and Casualty Insurance Company's complaint requesting declaratory relief. (Doc. 4) The defendants' motion to dismiss is based on the assertion that the defendants had previously filed a similar declaratory action in the Circuit Court in and for Santa Rosa County, Florida.  However, subsequent to the filing of the defendants' motion to dismiss, the plaintiff removed the state court action to this court. It has now been consolidated with this case.

Therefore, the defendants' motion to dismiss is DENIED, as moot.

DONE and ORDERED this 23rd day of September, 2005.

*/s/ Roger Vinson*
**ROGER VINSON
Senior United States District Judge**