## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

    VS                                          CASE NO.  3:05cv298/RV/MD

JOHN DOUGLAS BARBEE, ET AL

### REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   January 20, 2006
Type of Motion/Pleading: MOTION TO DEEM ANSWERS TO REQUESTS FOR ADMISSIONS TIMELY FILED, OR IN THE ALTERNATIVE, MOTION FOR WITHDRAWAL OF ADMISSIONS AND INCORPORATED MEMORANDUM OF LAW.
Filed by: PLAINTIFF           on 1/19/06      Document  20
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
Defendants                        on 1/25/06      Doc.# 24
Plaintiff (per order of the       on 1/30/06      Doc.# 27
court)

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          /s/ Teresa Cole
                                          Deputy Clerk: Teresa Cole

### ORDER

Upon consideration of the foregoing, it is ORDERED this 31st day of January, 2006, that:

(a)   The requested relief is GRANTED.

(b)   See *Smith v. First Nat'l Bank*, 837 F.2d 1575 (11th Cit. 1998); *Strickland v. Allen*, 216 F.R.D. 531 (N.D. Fla. 2003).  Allowing the admissions to stand would determine literally all contested facts.  Defendants have time to prepare their case, and if necessary, with good cause, can ask for additional time.  Defendants have shown no other or irremediable potential prejudice.  This case has not been set for trial.

(c)   Whatever the truth of the charges and countercharges concerning difficulties in scheduling, which the court need not now address, counsel are advised that cooperation in discovery is of particular concern to this court.  Govern yourselves accordingly.

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP  /s/ *Miles Davis*
Copies sent to:_____
                                    MILES DAVIS
_____UNITED STATES MAGISTRATE JUDGE

Document No.